AO 442 (Rev. 11/11) Arrest Warrant

**United States District Court**
**Southern District Of Texas**
**FILED**

**MAY 3 2019**

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

United States of America
v.
Eduardo Ceballos

)
)
)
)
)
)
)

M-19-1009-M-03

Case No. 3:19-cr-00118-3 Campbell

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Eduardo Ceballos,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

ct1 - 21:846 Conspiracy to distribute and possess with intent distribute cocaine
ct 8 - 18:1956(h) Conspiracy to commit money laundering (promotion)/cocaine and her

Date: 04/24/2019

*Issuing officer's signature*

City and state: Nashville, Tennessee

Elaine J. Hawkins, Criminal Case Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/27/2019, and the person was arrested on *(date)* 5/2/2019
at *(city and state)* 2104 Sunset San Juan, Tx

Date: 5/2/2019

ORIGINAL HELD BY
U.S. MARSHALS
MIDDLE DISTRICT OF TENNESSEE

NOT AUTHORIZED TO EXECUTE

COPY